# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2571
_____

Jay Abraham

*Plaintiff - Appellant*

v.

Drivers Management, LLC

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Nebraska - Lincoln
_____

Submitted: March 7, 2014
Filed: April 7, 2014
[Unpublished]
_____

Before LOKEN, BYE, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

After Drivers Management, LLC (Drivers), terminated the employment of one of its truck drivers, Jay Abraham, he brought a lawsuit under Title VII and Nebraska law claiming, as relevant to this appeal, that Drivers terminated him on the basis of his

national origin.  The district court[1] granted summary judgment to Drivers, and Abraham appeals.  Upon careful de novo review, we conclude that a jury would be unable to find, based on the evidence in the summary judgment record, that Drivers' reasons for terminating Abraham were a pretext for national-origin discrimination. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

————————————————

————————————————

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.